JS-6

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
MICHAEL D. JAY (SBN 223827)
michael.jay@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:   (213) 443-5400

WILLIAM F. LEE (*pro hac vice* filed)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02129
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

S. CALVIN WALDEN (*pro hac vice* filed)
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile:  (212) 230-8888

Attorneys for Defendant and Counterclaimant
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| CSR plc,<br><br>                    Plaintiff,<br><br>        v.<br><br>BROADCOM CORPORATION,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. SACV10-1281 JVS (MLGx)<br><br>**ORDER OF DISMISSAL**<br><br>Hon. James V. Selna |

## **ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that:

1.     all claims asserted herein by CSR plc against Broadcom Corporation shall be dismissed without prejudice;

2.     CSR plc's Motion for Preliminary Injunction shall be dismissed with prejudice;

3.     all claims asserted herein by Broadcom Corporation against CSR plc shall be dismissed without prejudice; and

4.     each party shall bear its own costs and attorneys' fees.

Dated: January 13, 2011 _____            _____
                                            Hon. James V. Selna
                                            United States District Judge

**[PROPOSED] ORDER OF DISMISSAL**